**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:15-cv-23432-RNS**

**IRAIS VILLAFANA,** and
other similarly-situated individuals,

**Plaintiff(s),**

**vs.**

**OUR CHILDREN'S PLANET CORP.,**
a Florida Profit Corporation, and
**MARIA E. CAAMANO**, individually,

**Defendants.**
____________________________________________/

**DEFENDANTS MARIA CAAMANO AND OUR CHILDREN'S PLANET CORP.'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

COMES NOW, Defendants OUR CHILDREN'S PLANET CORP. and MARIA E. CAAMANO, by and through undersigned counsel, and file their Response to Plaintiff's Statement of Claim, and state in support thereof as follows:

1. This Response is being filed in compliance with this Court's Order dated September 15, 2015.

2. Defendants were served with Plaintiff's Statement of Claim on October 22, 2015.

3. Defendants respond by stating that all of Plaintiff's estimates and allegations of the amount of time she worked are false and grossly overestimated.

4. Plaintiff was never an hourly employee of Defendants during the years 2012 through 2014. She was paid by the week for her services during these years. She was paid approximately $300/week and worked 5 to 6 hours of work/day on average.

5. Plaintiff did not work weekends.

6. Plaintiff never worked more than 40 hours per week, so her overtime claims

are baseless, frivolous, and amount to nothing more than an unlawful attempt to shakedown an innocent business and its manager.

7. During a brief time at the beginning of the year 2015, Plaintiff was paid approximately $8.05/hour, and worked the same schedule as stated in paragraph 2 above.

8. Defendants deny any liability for Plaintiff's falsely alleged unpaid wages and her falsely alleged unpaid overtime hours and demand proof of Plaintiff's claims.

9. Defendant does not owe any unpaid wages or compensation to Plaintiff.

10. It is the Plaintiff who owes Defendants their reasonable attorney's fees and costs incurred in defending this frivolous lawsuit, which is evidently just another cog on an assembly line of wage claim lawsuits brought by Plaintiff's counsel.

11. Defendants assert that discovery has not begun and reserve the right to amend or supplement this response in accordance with any new facts that may be found, and reserve the right to make all statements of defenses, affirmative defenses, motion to dismiss, and motion for more definite statement, in another responsive pleading to Plaintiff's most recent version of her Complaint.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on November 9, 2015, we electronically filed the foregoing with the Clerk of Court using the CM/ECF system. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**TREMBLY LAW FRIM**
9700 South Dixie Highway, Suite 680
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: fred@tremblylaw.com
Secondary E-Mail: service@tremblylaw.com
*Attorneys for Defendants*

By: /s/Fred Viera__________
**Fred Viera**
Florida Bar No. 728535

**SERVICE LIST**

Attorneys for Plaintiff

Anthony M. Georges-Pierre, Esq.
Florida Bar Number: 533637
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 220
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: agp@rgpattorneys.com

Attorneys for Defendants

Brett Trembly, Esq.
Florida Bar Number: 57716
Trembly Law Firm
9700 South Dixie Highway, Suite 680
Miami, Florida 33156
Tel: (305) 431-5678
E-Mail: brett@tremblylaw.com