**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 15-cv-23432-RNS**

**IRAIS VILLAFANA,**
and other similarly situated individuals,

      Plaintiff(s),

**v.**

**OUR CHILDREN'S PLANET CORP.,**
a Florida For Profit Corporation,
and **MARIA E. CAAMANO**, individually,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF INTENT**

Plaintiff, **IRAIS VILLAFANA** ("Plaintiff"), by and through the undersigned counsel, hereby submits this notice of intent and states as follows.

1. On or about March 23, 2016, this Honorable Court entered its Order on Summary Judgment [ECF No. 52] Granting the Defendant's Motion to Dismiss re [ECF No. 30] and dismissing the Amended Complaint without prejudice. *See* [ECF No. 52].

2. In light of the Court's Order [ECF No. 52], and notwithstanding the Court's grant of leave to amend, at this time, Plaintiff does not intent to refile her claims before this Honorable Court.

Dated: March 30, 2016

Respectfully submitted,

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No.: 533637
**Anaeli C. Petisco, Esq.**
Florida Bar No.: 113376

**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone (305) 416-5000
Facsimile (305) 416-5005
Email: agp@rgpattorneys.com
Email: apetisco@rgpattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Fred Viera, Esq.**
E-Mail: fred@tremblylaw.com
E-mail: service@tremblylaw.com
**TREMBLY LAW FIRM**
9700 South Dixie Highway, Suite 680
Miami, Florida 33156
Telephone: (305) 431-5678

**Anthony M. Georges-Pierre, Esq.**
Florida Bar No.: 533637
**Anaeli C. Petisco, Esq.**
Florida Bar No.: 113376

2